# UNITED STATES DISTRICT COURT

FILED JUN 04 2019

for the
Western District of Missouri

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>215 NORTH CEDAR LANE,<br>BRANSON, MISSOURI 65616 | ) ) ) ) ) ) | Case No. 19-SW-2086-DPR |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
215 North Cedar Lane, Branson, Missouri 65616, further described in Attachment A,

located in the __Western__ District of __Missouri__, there is now concealed *(identify the person or describe the property to be seized)*:
Instrumentalities, fruits, and evidence of crime(s), further described in Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251, 2252, and 2252A | Production, Receipt, Distribution, and Possession of Child Pornography |

The application is based on these facts:
Please see attached affidavit of HSI TFO Brian Martin

☑ Continued on the attached sheet.
☐ Delayed notice of ___ days (give exact ending date if more than 30 days: ___ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Brian Martin, HSI TFO
*Printed name and title*

☑ Sworn to before me and signed in my presence.
☐ Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone or other reliable electronic means.

Date: 6/4/19

*Judge's signature*

Western District of Missouri          David P. Rush, United States Magistrate Judge
*Printed name and title*